IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ANTHONY C. FLOWERS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:08cv653 |
| HARLEY LAPPIN, ET AL. | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Anthony C. Flowers, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Earl S. HInes, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court.

Plaintiff has filed three motions (doc. nos. 2, 5 and 6, part 2) requesting preliminary injunctive relief. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motions. The magistrate judge recommends the motions be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections filed by plaintiff. After careful consideration, the court is of the opinion the objections are without merit. The magistrate judge correctly concluded it would not be appropriate for this court to enter injunctive relief against prison officials in other states that are not defendants in this lawsuit.

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for injunctive relief are **DENIED**.

So **ORDERED** and **SIGNED** this 3 day of **September, 2009.**

_____
Ron Clark, United States District Judge